# EXHIBIT B



Select Language ▼
Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2020-004627 | Judge: | Mahoney, Margaret |
| File Date: | 4/14/2020 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Carl A Wescott | Plaintiff | Male | Pro Per |
| Bernard Moon | Defendant | Male | Pro Per |
| Jimmy Kim | Defendant | Male | Pro Per |
| Hanjoo Lee | Defendant | Male | Pro Per |
| Jay McCarthy | Defendant | Male | Pro Per |
| Frank Meehan | Defendant | Male | Pro Per |
| Eugene Kim | Defendant | Male | Pro Per |
| Sparklabs Group, The | Defendant | | Pro Per |
| Rob Demillo | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/11/2020 | UPI - Updated Information Address and/or Name | 5/12/2020 | Plaintiff(1) |
| 4/14/2020 | CSH - Coversheet | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | CCN - Cert Arbitration - Not Subject | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | COM - Complaint | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | NJT - Not Demand For Jury Trials | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | ADW - Application Deferral/Waiver | 4/15/2020 | Plaintiff(1) |
| 4/14/2020 | ODF - Order Deferring Court Fees | 4/15/2020 | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**