# EXHIBIT C

William M. Fischbach (SBN 019769)
Amy D. Sells (SBN 024157)
Gianni Pattas (SBN 030999)
Marcos A. Tapia (SBN 032746)

**TB TIFFANY & BOSCO** P.A.

Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:  (602) 255-0103
Email:  wmf@tblaw.com; ads@tblaw.com; gp@tblaw.com  mat@tblaw.com

*Attorneys for Defendants Bernard Moon, Jimmy Kim, Hanjoo Lee, Jay McCarthy, Frank Meehan, Eugene Kim, Rob DeMillo, and SparkLabs Group Management, LLC*

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Carl A. Wescott, | No. CV2020-004627 |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL TO FEDERAL COURT** |
| Bernard Moon; Jimmy Kim; Hanjoo Lee; Jay McCarthy; Frank Meehan; Eugene Kim; The SparkLabs Group; Rob DeMillo, | (Honorable Margaret Mahoney) |
| Defendants. | |

**TO: THE CLERK OF THE MARICOPA COUNTY SUPERIOR COURT AND PLAINTIFF AND HER COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on May 18, 2020, a Notice of Removal removing this action from this Court to the United States District Court for the District of Arizona, Phoenix Division, was filed with the Clerk of that Court by Defendants Bernard Moon, Jimmy Kim, Hanjoo Lee, Jay McCarthy, Frank Meehan, Eugene Kim, Rob DeMillo, and SparkLabs Group Management, LLC.  A true and correct copy of the Notice of Removal is attached hereto as **Exhibit 1**.

1

1  In accordance with 28 U.S.C. § 1446(d), this Court shall proceed no further with this action.

 **DATED** this 18th day of May, 2020.

**TB TIFFANY & BOSCO**
P.A.

By:  */s/ William M. Fischbach*
William M. Fischbach
Amy D. Sells
Gianni Pattas
Marcos A. Tapia
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
***Attorneys for Defendants Bernard Moon, Jimmy Kim, Hanjoo Lee, Jay McCarthy, Frank Meehan, Eugene Kim, Rob DeMillo, and SparkLabs Group Management, LLC***

The foregoing has been e-filed
this 18th day of May, 2020.

**COPY** of the foregoing mailed and e-mailed
this 18th day of May, 2020 to:

The Honorable Margaret Mahoney
Maricopa County Superior Court
East Court Building
101 W. Jefferson,
Phoenix, AZ 85003

Carl A. Westcott
7707 E. McDowell #214
Scottsdale, Arizona 85257
carlwescott2020@gmail.com
*Plaintiff Pro Per*

By:  */s/ Jessica Cebalt*

2