VEXATIOUS LITIGANT LIST
From Prefiling Orders Received from California Courts
Prepared and Maintained by the Judicial Council of California
(Orders prohibiting future filings entered through May 1, 2020)

| LAST NAME | FIRST NAME | MIDDLE | COURT | CASE NO. | DATE | COMMENTS |
|---|---|---|---|---|---|---|
| WELLS | Dale | Scott | Sonoma Superior Court | SFL951401 | 03/30/00 | |
| WELLS | Frank | | Los Angeles Superior Court | BC518694 | 07/17/14 | |
| WELLS | Lorraine | Althea | Los Angeles (Beverly Hills) Muni | 97U00788 | 10/30/98 | |
| WELLS | William | G. | Court of Appeal, 2nd Dist, Div 2 | B235019 | 12/12/12 | |
| WELSH | Joyce | L. | Contra Costa Superior Court | D0500622 | 05/17/07 | Order states specifics. |
| WELSH | Michael | | Los Angeles Superior Court | EC10390 | 01/06/93 | |
| **WESCOTT** | **Carl** | **A.** | **San Francisco Superior Court** | **FDI14781666** | **05/01/17** | |
| WEST | Anthony | E. | Los Angeles Superior Court | BC714698 | 09/26/19 | |
| WESTIN | Bruce | | Los Angeles Superior Court | YC053041 | 01/22/07 | |
| WESTOVER | Heather | D. | El Dorado Superior Court | SC 20140146 | 11/09/15 | |
| WETZEL | John | Louis | Los Angeles Superior Court | LC018140 | 01/19/93 | |
| WHEELER | John | Frederick | Kern Superior Court | S1500CV264196 | 03/30/09 | |
| WHEELER | Lorenzo | | Los Angeles Superior Court | LC100357 | 04/17/14 | |
| WHITAKER | Fred | A. | Alameda Superior Court | 6873200 | 11/22/91 | |
| WHITAKER | Fred | A. | Court of Appeal, 1st Dist, Div 4 | A057347 | 05/06/92 | |
| WHITE | Arin | | Butte Superior Court | FL041159 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL040850 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL041076 | 01/26/12 | |
| WHITE | Arin | | Butte Superior Court | FL039776 | 01/26/12 | |
| WHITE | David | A. | San Diego Superior Court | 723310 | 01/15/99 | |
| WHITE | Elizabeth | | San Mateo Superior Court | 17CIV01240 | 06/27/17 | |
| WHITE | Zeddrick | F. | Los Angeles Superior Court | BC394125 | 11/25/08 | |
| WHITECLOUD | Russell | | San Diego Superior Court | GIC844015 | 04/11/06 | |
| WHITECLOUD | Russell | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| WHITECLOUD III | Russell | | San Diego Superior Court | GIC859968 | 04/04/06 | |
| WHITFIELD | Michael | | Fresno Superior Court | 02CECG01570 | 12/23/09 | aka Michael Monroe |
| WHITFIELD III | Robert | O. | Los Angeles Superior Court | BC694930 | 08/22/18 | aka Robert Overtus Whitfield, III |
| WHITLOCK | Sabrina | | Alameda Superior Court | RG12646293 | 09/28/12 | |
| WHITTEN | Lara | | Court of Appeal, 2nd Dist, Div 8 | B300715 | 02/13/20 | |
| WHITTY | Frank | | San Diego Superior Court | GIC789369 | 08/01/14 | |
| WHITTY | Tazu | | San Diego Superior Court | GIC789369 | 08/01/14 | |
| WICKMAN | Karen | | Fresno Superior Court | 17CECG00045 | 09/12/17 | |
| WILCOX | Dael | | San Bernardino Superior Court | CIVDS910718 | 08/13/09 | |
| WILKERSON (CDC#CO8082) | James | Ray | Lassen Superior Court | 42621 | 06/07/10 | (aka Adonai El-Shaddai) |
| WILLIAMS | Alvin | E. | Los Angeles Superior Court | PC056141 | 05/05/15 | |
| WILLIAMS | Carroll | Dean | Ventura Superior Court | D149815 | 02/19/91 | |