**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A Wescott, | No. CV-20-00964-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Bernard Moon, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction filed May 26, 2020. (Doc. 14.) Local Rule of Civil Procedure 12.1(b) provides that, unless otherwise ordered by the Court, a party opposing a motion to dismiss for lack of jurisdiction has thirty days after service within which to serve and file a responsive memorandum.

As of the date of this Order, however, Plaintiff has neither timely filed a response, nor has he sought an extension of time to do so. If a party does not serve and file a response in conformance with Local Rule requirements, it "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i).

The Court also notes Defendants' Amended Certificate of Service filed July 1, 2020 (Doc. 15), necessitated by an incorrect mailing address on file for Plaintiff. LRCiv 83.3(d) requires parties to notify the Court not later than fourteen days before the effective date of any change of address. If Plaintiff has not already notified the Court of an applicable change of address for this active case, he needs to do so immediately.

**Accordingly,**

**IT IS ORDERED** that Plaintiff Carl A. Wescott shall file and serve a responsive memorandum to Defendants' Motion (Doc. 14) **on or before 5:00 p.m. on August 17, 2020**. If Plaintiff fails to comply, it may be deemed consent by Mr. Wescott to the granting of Defendants' Motion and this case may be dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is to immediately notify the Court of any change of address.

**IT IS FURTHER ORDERED** that Defendants are to serve Plaintiff with a copy of this Order by email and U.S. mail.

Dated this 3rd day of August, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge