**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carl A Wescott, | No. CV-20-00964-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Bernard Moon, et al., | |
| Defendants. | |

  Pending before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction filed May 26, 2020. (Doc. 14.) LRCiv 12.1(b) and 56.1(d) provide that unless otherwise ordered by the Court, a party opposing a motion to dismiss for lack of jurisdiction has thirty days after service within which to serve and file a responsive memorandum. On August 3, 2020, the Court entered an Order (Doc. 16) giving Plaintiff an additional 14 days in which to respond, up and including August 17, 2020, or face the possibility of dismissal.

  As of the date of this Order, however, Plaintiff has neither timely filed a responsive memorandum, nor has he sought an extension of time to do so. If a party does not serve and file a response in conformance with Local Rule requirements, it "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily." LRCiv 7.2(i). In light of Plaintiff not having responded or moved for an extension of time and the prior Order granting an extension of time, the Court will grant the motion.

///

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 14) is **granted.**

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly and close the case.

Dated this 19th day of August, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge